FILED: 7/22/11

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Bonnie McArthy,* | NO. CV 10-7460-GHK (AJWx) |
| **Plaintiff,** | |
| v. | DISMISSAL |
| *Rosen & Loeb Law Offices,* | |
| **Defendant.** | |

Pursuant to our July 22, 2011 Order, **IT IS HEREBY ADJUDGED** that Plaintiff Bonnie McArthy's claims against Defendant Rosen & Loeb Law Offices are hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

DATED: July 22, 2011

_____
GEORGE H. KING
United States District Judge